IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TERESA J. WILSON,**

        **Plaintiff,**

   **vs.**                                      Civil Action 2:13-CV-832
                                                      Judge Economus
                                                      Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

### ORDER

On June 24, 2014, the United States Magistrate Judge recommended that The decision of the Commissioner be reversed and that the matter be remanded to the Commissioner for further consideration of the opinions of plaintiff's treating providers. *Report and Recommendation*, ECF 24. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 24, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Commissioner of Social Security for further consideration of the opinions of plaintiff's treating providers.

This action is **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                                           UNITED STATES DISTRICT JUDGE