# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **TERESA WILSON,** | |
| **Plaintiff,** | **Case No. 2:13-cv-832** |
| **v.** | **Judge Peter C. Economus** |
| **COMISSIONER OF SOCIAL SECURITY,** | **Magistrate Judge King** |
| **Defendant.** | **MEMORANDUM OPINION AND ORDER** |

This matter is before the Court for consideration of the Report and Recommendation ("R & R") of the Magistrate Judge. (ECF No. 28.) The Magistrate Judge recommended that the Court grant Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

No party has objected to the R & R and the time period for filing objections has past. The R & R of the Magistrate Judge specifically advised the parties that failure to object to the R & R within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (ECF No. 28 at 7.)

The Court has reviewed the R & R of the Magistrate Judge pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the R & R of the Magistrate Judge and awards attorney's fees to Plaintiff. The Clerk is **DIRECTED** to remove this action from the Court's pending case list.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**